## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

GREAT AMERICAN ASSURANCE CO.         CIVIL ACTION NO. 19-1123 LEAD

VERSUS                               JUDGE ELIZABETH E. FOOTE

HOWARD MOSES, ET AL.                 MAGISTRATE JUDGE HORNSBY

### JUDGMENT

Considering the joint motion to dismiss [Record Document 59],

**IT IS ORDERED** that the motion is **GRANTED**, and all claims in the above-captioned lawsuit are **dismissed with prejudice**. Each party is to bear its own costs.

**THUS DONE AND SIGNED** this 25th day of March, 2022.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE